IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARTHUR JACKSON,

   Plaintiff,

     v.

DEKALB COUNTY JAIL,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-2994-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action for failure to state a claim for relief. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 15 day of April, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Jackson\14cv2994\r&r.wpd